IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GARRY DAVID SWARTZWELDER )
        Petitioner, )
)
v. )
) Civil Action No. 13-1059
JON D. FISHER and THE ATTORNEY )
GENERAL OF THE STATE OF )
PENNSYLVANIA )
        Respondents. )

## ORDER

ARTHUR J. SCHWAB, District Judge.

In a Report and Recommendation [ECF No. 22] filed on January 16, 2014 it was recommended that petitioner's habeas corpus petition be dismissed and that a certificate of appealability be denied. Petitioner was served with a copy of the Report and Recommendation and was granted until February 3, 2014 to file objections to the Report and Recommendation and filed objections thereto on February 3, 2014. *See* Obj. [ECF No. 23].

After a *de novo* review of the pleadings and documents in this case, together with the Report and Recommendation, and pleadings thereto, the following order is entered:

AND NOW this 4th day of February, 2014,

IT IS HEREBY ORDERED that petitioner's habeas corpus petition is DISMISSED, and a certificate of appealability is DENIED.

IT IS FURTHER ORDERED that the Report and Recommendation of Magistrate Judge Robert C. Mitchell is hereby adopted as the Opinion of the District Court.

                                                  Arthur J. Schwab
                                                  United States District Judge

1

cc: Garry David Swartzwelder
HC7310
PO Box 999, 1120 Pike St.
Huntingdon, PA 16652

Gregory J. Simatic
Office of Attorney General
Criminal Law Division, Appeals and Legal Services Section
564 Forbes Avenue, 6th Floor
Manor Complex
Pittsburgh, PA 15219